JOSEPH P. BUSCH III, SBN 70340
jbusch@apjuris.com
CHRISTOPHER L. PITET, SBN 196861
cpitet@apjuris.com
JOHN M. ALPAY, SBN 198127
jalpay@apjuris.com
**ADKISSON PITET LLP**
100 Bayview Circle, Suite 210
Newport Beach, California 92660
Telephone: (949) 502-7755
Facsimile: (949) 502-7762

ERIC D. RIDLEY, SBN 273702
ridley.eric@gmail.com
**LAW OFFICE OF ERIC RIDLEY**
567 W. Channel Islands Blvd., Suite 210
Port Hueneme, CA 93041
Telephone: (805) 244-5291
Facsimile: (888) 953-3884

Attorneys for Plaintiff
GOATPIX LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOATPIX LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE UPPER DECK COMPANY, a Nevada corporation; SPORT CARD CO., LLC, a Delaware limited liability company f/k/a The Upper Deck Company, LLC; UD CARD CO., a California corporation f/k/a The Upper Deck Company; UPPER DECK SALES AND DISTRIBUTION COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-01815-TWR-JLB<br><br>**Judge**: Honorable Todd W. Robinson<br><br>**Magistrate**: Honorable Jill L. Burkhardt<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>Complaint Filed: October 25, 2021 |

Pursuant to Local Rule 7.2(b) of this Court and Rule IV(C)(1) of the Honorable Jill L. Burkhardt's Chamber Rules, Plaintiff Goatpix LLC ("Goatpix") and Defendants The Upper Deck Company, Sport Card Co., LLC, UD Card Co., and Upper Deck Sales and Distribution Company, LLC (collectively, the "Upper Deck Entities") hereby stipulate and **jointly** move this Court for an order amending the Court's March 14, 2023 Scheduling Order (Dkt. No. 54).

In support of this motion, and in compliance with Chamber Rule IV(C)(1), Goatpix and the Upper Deck Entities state the following:

## I.
## GOOD CAUSE SUPPORTS THE PARTIES'S REQUEST TO AMEND THE SCHEDULING ORDER

Goatpix filed this copyright infringement action against The Upper Deck Company on October 25, 2021 (Dkt. No. 1.)  Following motion practice concerning the pleadings, The Upper Deck Company answered Goatpix's First Amended Complaint on August 2, 2022 (Dkt. No. 27.)

The Parties submitted their Joint Discovery Plan to the Court on September 2, 2022.  The Court held a Case Management Conference on September 14, 2022, and issued the Scheduling Order on September 15, 2022.  **The Parties commenced written discovery immediately thereafter**.

On November 28, 2022, Goatpix filed a timely motion for leave to file an amended complaint adding three additional defendants (Dkt. No. 34.)  Goatpix filed its Second Amended Complaint naming the new defendants on December 12, 2022 (Dkt. No. 39.)  All Defendants answered the Second Amended Complaint on December 27, 2022 (Dkt. No. 41), at which point the pleadings became settled.

Following the issuance of the Scheduling Order on September 15, 2022, and the appearance of the new defendants on December 27, 2022, the Parties have been working diligently to exchange information (both informally and through formal discovery) and to resolve their discovery disputes. The Court has graciously held several telephonic discovery conferences to assist the Parties in resolving various discovery issues.

Despite the Parties' ongoing efforts to exchange information and resolve their discovery disputes, the Parties believe that the current Scheduling Order will not give them enough time to comply with the Scheduling Order's deadlines. Although the parties timely made their initial disclosure of experts on June 9, 2023, the parties will need additional time to make further disclosures in light of the ongoing exchange of information and discovery. Additionally, while the Parties have been acting diligently, they do not believe they will have sufficient time to complete fact discovery by August 11, 2023, which will impact the remaining dates in the Scheduling Order.

Finally, on June 16, 2023, Goatpix retained new counsel to join this matter as co-counsel. New counsel is presently reviewing the pleadings, discovery and other materials to familiarize themselves with the facts and issues in the case. Given the complex nature of this matter, new counsel will need several weeks to sufficiently do so.

/ / /

/ / /

/ / /

/ / /

ADKISSON
PITET LLP

For all of the reasons stated above, the Parties respectfully submit that good cause exists to amend the current Scheduling Order in a way that will balance the need to get the case tried expeditiously and the Parties' ability to timely comply with pre-trial deadlines.

## II.

## THIS REQUEST IS TIMELY

Thus far, the parties have complied with all deadlines in the current Scheduling Order.  Thus, the Parties respectfully submit that this request to amend the Scheduling Order is timely.

## III.

## CURRENT DEADLINES AND PROPOSED NEW DEADLINES

| ACTION | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Initial Expert Disclosures | June 9, 2023 | August 7, 2023 |
| Exchange of Rebuttal Experts | July 7, 2023 | September 8, 2023 |
| Completion of Fact and Expert Discovery | August 11, 2023 | October 13, 2023 |
| Lodging of Confidential Mandatory Settlement Conference Statements | August 14, 2023 | October 16, 2023 |
| Mandatory Settlement Conference | August 24, 2023 | October 24, 2023 |
| Pre-Trial Motions | September 15, 2023 | November 15, 2023 |

| Filing of Memoranda of Contentions of Fact and Law | January 12, 2024 | March 4, 2024 |
|---|---|---|
| Pre-Trial Disclosures | January 12, 2024 | March 4, 2024 |
| Meeting of Counsel | January 19, 2024 | March 13, 2024 |
| Proposed Final Pre-Trial Conference Order | January 31, 2024 | March 20, 2024 |
| Final Pre-Trial Conference | February 8, 2024 | March 29, 2024 |

## III.

## PREVIOUS REQUESTS

There has been **one** previous request to amend the Scheduling Order.

## IV.

## DECLARATION OF COUNSEL

As this request is being submitted by way of stipulation and joint motion, a declaration of counsel is not being submitted as otherwise required by Chamber Rule IV(C)(1).

IT IS HEREBY STIPULATED AND AGREED that good cause exists for an order amending the Court's March 14, 2023, Scheduling Order as set forth above.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

ADKISSON
PITET LLP

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, undersigned counsel for Goatpix certifies that the content of this joint motion is acceptable to undersigned counsel for the Upper Deck Entities, and that counsel for the Upper Deck Entities has given Goatpix authorization to affix their signature.

Dated: June 22, 2023

JOSEPH P. BUSCH III
CHRISTOPHER L. PITET
**ADKISSON PITET LLP**

ERIC D. RIDLEY
**LAW OFFICE OF ERIC RIDLEY**

By: /s/ *Christopher L. Pitet*
　　　Christopher L. Pitet

Attorneys for Plaintiff
GOATPIX LLC

Dated: June 22, 2023

SHAUN MARKLEY
**NICHOLAS & TOMASEVIC, LLP**

By: /s/ *Shaun Markley*
　　　Shaun Markley

Attorneys for Defendants
THE UPPER DECK COMPANY; SPORT CARD CO., LLC; UD CARD CO; and UPPER DECK SALES AND DISTRIBUTION COMPANY, LLC

**CERTIFICATE OF SERVICE**

I, Christopher L. Pitet, am a citizen of the United States over the age of eighteen years, and not a party to the within action. My business address is 100 Bayview Circle, Suite 210, Newport Beach, CA 92660. On June 22, 2023, I served the within documents:

**JOINT MOTION TO AMEND SCHEDULING ORDER**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING** – by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

☐ **BY E-MAIL**: I caused the documents to be sent from email address egomez@apjuris.com to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY U.S. MAIL**: I enclosed the documents in a sealed envelope or package addressed the persons at the address(es) below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☒ **(FEDERAL)**   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 22, 2023, Newport Beach, CA.

By: /s/ *Evelyn Gomez*
    Evelyn Gomez

ADKISSON
PITET LLP

7

**SERVICE LIST**

| | |
|---|---|
| **NICHOLAS & TOMASEVIC, LLP** | Tel: (619) 325-0492 |
| Craig M. Nicholas (SBN 178444) | Fax: (619) 325-0496 |
| Shaun Markley (SBN 291785) | |
| Jake Schulte (SBN 293777) | Email: cnicholas@nicholaslaw.org |
| 225 Broadway, 19th Floor | Email: smarkley@nicholaslaw.org |
| San Diego, California 92101 | Email: jschulte@nicholaslaw.org |
| | Email: ECarrillo@nicholaslaw.org |

Attorneys for Defendant, THE UPPER DECK COMPANY